STATE OF CONNECTICUT *v.* JEFFREY PETERS

The defendant's petition for certification for appeal from the Appellate Court, 40 Conn. App. 805 (AC 13599/14240), is denied.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, assistant state's attorney, in opposition.

Decided June 17, 1996

TINA ELDERKIN *v.* HAMILTON PAVILION HEALTH CARE ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 40 Conn. App. 943 (AC 14474), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Amy M. Stone*, in support of the petition.

*David C. Davis*, in opposition.

Decided June 17, 1996